FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 SEP 12 PM 1:15
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID LAMONT BASKIN<br>*Defendant* | )<br>)<br>) Case No. **1:18MJ-547**<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DAVID LAMONT BASKIN,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 922(g) - Felon in Possession of a Firearm

18 U.S.C. Section 2422(b) - Coercion and Enticement of a Minor (Ohio Rev. Code Ann. Section 2907.04 (Unlawful Sexual with a Minor))

Date: 9/12/18

*Issuing officer's signature* /s/ Stephanie K. Bowman

City and state: Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/12/18, and the person was arrested on *(date)* 9/12/18
at *(city and state)* Cincinnati, Ohio.

Date: 9/12/18

*Arresting officer's signature*

TFO MARY BRAUN
*Printed name and title*