FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 OCT 10 AM 11: 09
U.S. DISTRICT COURT
SOUTHERN DIST OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LAMONT BASKIN,<br><br>Defendant. | CASE NO. **1:18CR133**<br><br>JUDGE **J. BARRETT**<br><br>INDICTMENT<br><br>18 U. S. C. § 2422(b)<br>18 U. S. C. § 922(g)<br>18 U. S. C. § 2428<br>18 U. S. C. § 924(d)<br>28 U. S. C. § 2461(c)<br><br>Notice of Forfeiture |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Coercion and Enticement of A Minor)

Between on or about June 1, 2017, and November 27, 2017, in the Southern District of Ohio, the defendant, **DAVID LAMONT BASKIN**, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce Minor Victim A, at the time a 13 year old female, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with an offense.

Specifically, Ohio law prohibits any person who is eighteen years of age or older to engage in sexual conduct with another, who is not the spouse of the offender, when the offender knows the other person is thirteen years of age or older but less than sixteen years of age, or the offender is reckless in that regard, Ohio Revised Code § 2907.04(A) & (B)(3).

**In violation of 18 U.S.C. § 2422(b).**

## COUNT 2
### (Possession by a Prohibited Person)

On or about September 12, 2018, in the Southern District of Ohio, the defendant, **DAVID LAMONT BASKIN**, having been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: Trafficking in Drugs, Case Number B9002091, Hamilton County (OH) Court of Common Pleas and Aggravated Trafficking in Drugs, Case Number B923183, Hamilton County (OH) Court of Common Pleas, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, that is, a Taurus 9MM handgun, model PT 24/7 Pro caliber semi-automatic pistol bearing serial number TZL63997 and 14 rounds of ammunition.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

### FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **DAVID LAMONT BASKIN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense, including but not limited to, an LG MP260K20 Cellphone Serial # 711CYNL856159.

### FORFEITURE ALLEGATION 2

Upon conviction of the offense set forth in Count 2 of this Indictment, the defendant, **DAVID LAMONT BASKIN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in such violation, including but not limited to, a Taurus 9MM handgun, model PT 24/7 Pro caliber semi-automatic pistol bearing serial number TZL63997 and 14 rounds of ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described above.

**A TRUE BILL**

_/s/ 1/5/1_
**FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_/s/ Kyle Healey_
**KYLE HEALEY, (0083794)**
**Assistant United States Attorney**

3